**No. 66498.**—George A. Abood Co., Inc. *v.* United States, protest 60/7267 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of sodium phosphate similar in all material respects to that the subject of *George A. Abood Co., Inc.* v. *United States* (47 Cust. Ct. 1, C.D. 2270), the claim of the plaintiff was sustained.